UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HELEN R. WILKES, JEFFREY K. WILKES, DENISE L. LOOPER, and DEBORAH S. MEJIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *erroneously sued as* UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, VETERANS AFFAIRS LONG BEACH MEDICAL CENTER, and Does 1 through 50,<br><br>    Defendants. | No. CV 08-06220 DSF(PLAx)<br><br>**ORDER**<br><br><br><br><br><br><br><br>Hon. Dale S. Fischer |

**IT IS HEREBY ORDERED THAT:**

    1.    Plaintiffs' action is dismissed with prejudice in its entirety and all dates are vacated;

    2.    Costs of suit and attorneys' fees shall be borne by each party; and,

    3.    The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement.

DATED: 12/1/09

                                                                                       _____
                                                                                     DALE S. FISCHER
                                                                                      United States District Judge

<u>Presented by:</u>

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
       /s/
_____
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for the United States